CSD 1162 [08/22/03]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on July 14, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion Docket Entry No. _____

//

//

//

//

DATED: July 13, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
   Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                                                    CASE NO:
                                                                                           RS NO.:

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on _____, and

☐ Debtor *(Name)*:

☐ Debtor's Attorney *(Name)*:

☐ Trustee *(Name)*:

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☐    The following real property:

   a.   Street address of the property including county and state:

   b.   Legal description is ☐ attached as Exhibit A or ☐ described below:

2. ☐    The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

CSD 1162

*Signed by Judge Margaret M. Mann July 13,2010*

13153

# LEGAL DESCRIPTION

All that certain real property situated in the County of San Diego, State of California, described as follows:

A CONDOMINIUM UNIT COMPOSED OF:

PARCEL 1:

AN UNDIVIDED FRACTIONAL INTEREST AS TENANT IN COMMON IN AND TO THE BUILDING ENVELOPE IN WHICH THE LIVING UNIT DESCRIBED IN PARCEL 2 BELOW IS LOCATED EQUAL TO THE RECIPROCAL OF THE NUMBER OF LIVING UNITS WITHIN THAT BUILDING ENVELOPE; BEING A PORTION OF LOT 1 OFCHULA VISTA TRACT NO. 01-50, EASTLAKE TRAILS NORTH TN-7, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 14348, FILED WITH THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA ON MARCH 1, 2002.

EXCEPTING THEREFROM EACH LIVING UNIT LOCATED WITHIN SUCH BUILDING ENVELOPE, AS SHOWN ON THE SECOND SUPERSEDING CONDOMINIUM PLANS DESCRIBED IN PARCEL 2 BELOW.

RESERVING THEREFROM THE EXCLUSIVE RIGHT TO POSSESSION AND USE OF ANY EXCLUSIVE USE AREA SHOWN ON CONDOMINIUM PLANS DESCRIBED IN PARCEL 2 BELOW.

FURTHER RESERVING THEREFROM ALL THE RIGHTS AND EASEMENTS SET FORTH IN THE DECLARATION OF RESTRICTIONS FOR SYCAMORE RIDGE II AT EASTLAKE III (THE "DECLARATION") AND THE FIRST AMENDED AND RESTATED DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF EASTLAKE 10 (SUCH DECLARATIONS ARE DESCRIBEB ABOVE), INCLUDING, BUT NOT LIMITED TO THE EASEMENTS FOR INGRESS, EGRESS AND GENERAL UTILITY PURPOSES AND GRANTOR'S RIGHT AND EASEMENTS TO CONSTRUCT AND MARKET RESIDENCES AND CONSTRUCT RELATED IMPROVEMENTS.

PARCEL 2:

LIVING UNIT NO. 65, AS SHOWN UPON THE SYCAMORE RIDGE H AT EASTLAKE III CONDOMINIUM PLANS RECORDED JULY 15, 2002 AS DOCUMENT NO. 2002-0591097, OFFICIAL RECORDS OF SAN DIEGO COUNTY, CALIFORNIA (THE "CONDOMINIUM PLANS").

RESERVING FROM PARCEL 2 ALL RIGHTS AND EASEMENTS FOR SET FORTH IN THE DECLARATION AND THE MASTER DECLARATION.

1D038.UFF (11/89)

Exhibit A

*Signed by Judge Margaret M. Mann July 13, 2010*

13154

PARCEL 3:

NON-EXCLUSIVE APPURTENANT EASEMENTS IN AND TO THE ASSOCIATION PROPERTY NOW OR HEREAFTER OWNED BY THE ASSOCIATION AS SET FORTH IN THE DECLARATION. "ASSOCIATION PROPERTY" IS DEFINED IN THE DECLARATION; "ASSOCIATION" IS DEFINED BELOW.

PARCEL 4:

THE EXCLUSIVE RIGHT TO USE ANY EXCLUSIVE USE AREA SHOWN ON THE CONDOMINIUM PLANS AS BEING APPURTENANT TO THE LIVING UNIT DESCRIBED IN PARCEL 2 ABOVE.

PARCEL 5:

A CLASS A MEMBERSHIP IN S.R. II AT EASTLAKE II ASSOCIATION, A CALIFORNIA NONPROFIT MUTUAL BENEFIT CORPORATION.

EXCEPTING AND RESERVING THEREFROM ALL EXCEPTIONS AND RESERVATIONS OF RECORD INCLUDING, BUT NOT LIMITED TO, ALL EXCEPTIONS FOR HYDROCARBONS AND OTHER ITEMS AND ALL RESERVATIONS SET FORTH IN A GRANT DEED RECORDED JUNE 14, 2001 AS FILE NO. 2001-0400902 OF OFFICIAL RECORDS OF SAN DIEGO COUNTY, CALIFORNIA.

*Signed by Judge Margaret M. Mann July 13, 2010*